# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

TONYA AILOR,

       **Plaintiff,**

                                     **Civil Action No. 1:12-cv-01263-JTC**

**v.**

**NORTHSTAR LOCATION SERVICES, LLC;**
**and DOE 1-5,**

       **Defendants.**

_____

## NOTICE OF SETTLEMENT

    NOTICE IS HEREBY GIVEN that plaintiff Tonya Ailor and defendant Northstar

Location Services, LLC have reached a settlement in the above-captioned case. The plaintiff will

file a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure

41(a) once the settlement is fully consummated.


 Date:  March 4, 2013                   s/Robert Amador

                                   _____

                                 ROBERT AMADOR, ESQ.
                                 Attorney for Plaintiff Tonya Ailor

Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
R.Amador@centenniallawoffices.com

2

## CERTIFICATE OF SERVICE

I certify that on this date, March 4, 2013, we mailed a copy of the foregoing NOTICE

OF SETTLEMENT, First Class U.S. Mail, to the following party:


Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, New York 14225


s/Robert Amador

_____
ROBERT AMADOR, ESQ.
Attorney for Plaintiff Tonya Ailor
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
R.Amador@centenniallawoffices.com


3