UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

**TONYA AILOR,**
  **Plaintiff,**

v.

              Civil Action No. 1:12-cv-01263-JTC

**NORTHSTAR LOCATION SERVICES, LLC;**
**and DOE 1-5,**

  **Defendants.**

## NOTICE OF DISMISSAL

**NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the entire action with prejudice.

Date: April 30, 2013

            s/Robert Amador

            ROBERT AMADOR, ESQ.
            Attorney for Plaintiff Tonya Ailor
            Centennial Law Offices
            9452 Telephone Rd. 156
            Ventura, CA. 93004
            (888)308-1119 ext. 11
            R.Amador@centenniallawoffices.com

## **CERTIFICATE OF SERVICE**

      I certify that on this date, April 30, 2013, I mailed a copy of the foregoing NOTICE OF DISMISSAL, First Class U.S. Mail, to the following party:

Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, New York 14225

                                        s/Robert Amador
                                    _____
                                    ROBERT AMADOR, ESQ.
                                    Attorney for Plaintiff Tonya Ailor
                                    Centennial Law Offices
                                    9452 Telephone Rd. 156
                                    Ventura, CA. 93004
                                    (888)308-1119 ext. 11
                                    R.Amador@centenniallawoffices.com